**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JESUS ALBERTO LOPEZ RETAMOZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JESUS ALBERTO LOPEZ-RETAMOZA<br><br>et al,<br><br>　　　　　　Defendant | Case No.: 1:18-cr-00091 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, JESUS LOPEZ-RETAMOZA, by and through his attorney of record, David A. Torres, hereby requesting that the status conference hearing currently set for Monday, March 18, 2019 be continued to Monday, May 20, 2019.

　　I recently received a plea agreement this past week from AUSA Angela Scott, however, I have been engaged in a homicide trial in the matter of *People v. Bowers; BF167356A* since late February. Trial is anticipated to conclude next week. In addition, I have not had an opportunity to review the plea agreement with Mr. Retamoza and am requesting that this matter be continued.  I have been informed by Mr. Chavez that he too is reviewing an offer with his client.

1 I have spoken to AUSA Angela Scott and all co-counsel, and they have no objection to
2 continuing the status conference.
3     The parties also agree the delays resulting from the continuance shall be excluded in the
4 interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).  The ends of justice
5 outweigh the interest of the public and defendant in a speedy trial.
6
7     **IT IS SO STIPULATED.**
8                                                       Respectfully Submitted,
9 DATED: 3/14/19                                   */s/ David A Torres*
10                                                       DAVID A. TORRES
                                                      Attorney for Defendant
11                                                       Jose Luis Lopez Retamoza
12 DATED: 3/14/19                                   */s/ Daniel L. Harralson*
13                                                       DANIEL L. HARRALSON
                                                      Attorney for Defendant
14                                                       Hugo Lemus
15
   DATED: 3/14/19                                   */s/ Victor A. Chavez*
16                                                       VICTOR M. CHAVEZ
                                                      Attorney for Defendant
17                                                       Alejandro Lemus
18
19 DATED:  3/14/19                                   */s/Angela Scott*
20                                                       ANGELA SCOTT
                                                      Assistant U.S. Attorney
21
22                                   **ORDER**
23     Defendant JESUS ALBERTO LOPEZ-RETAMOZA's request for a continuance is
24 DENIED.  The Court notes that this case has been pending since April 2018, and the status
25 conference in this case was set over 3 months ago—on December 3, 2018.

The Court understands the need for the parties to engage in plea negotiations, which they may continue to do following the upcoming status conference.

IT IS SO ORDERED.

Dated:   **March 14, 2019**                             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE