McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00091-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISCLOSURE OF SENSITIVE MATERIAL |
| v. | |
| JESUS ALBTERTO LOPEZ-RETAMOZA, HUGO LEMUS, and ALEJANDRO LEMUS | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant ALEJANDRO LEMUS ("defendant"), by and through his counsel of record, Victor Chavez, hereby file this Stipulation Regarding Disclosure of Sensitive Materials.

     1.     The government possesses, or may come to possess, recordings, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, or Brady obligations, but the dissemination of which could pose a serious risk to certain witnesses, or the confidentiality of an ongoing investigation (the "Sensitive Materials").

     2.     The government will mark all Sensitive Materials with the following stamp or inscription: "PROTECTIVE ORDER"

     3.     If the government distributes any document, compact disk, or other material bearing the

1

above label, defense counsel and defendant agree to the following as to such material:

    a.    Defense counsel shall not distribute Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

    b.    Defense counsel shall not allow anyone other than himself and his legal staff to possess, or maintain possession of, any Sensitive Materials;

    c.    Defense counsel may permit defendant to review Sensitive Materials, but only in his presence or in the presence of his own legal staff;

    d.    Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first conferring with government counsel and, in any event, shall file any Sensitive Materials under seal.

4. The parties agree to confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

5. At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the Sensitive Materials that defense counsel possesses and/or has distributed to his agents, except a copy set as necessary to maintain in defense counsel's case file.

6. Accordingly, the parties respectfully request that the Court adopt, and agree to be bound by, the corresponding protective order.

7. By signing this stipulation, the parties agree to be bound by the above terms, and those of the accompanying proposed order, before and after the Court executes and enters that order.

//
//

8. By signing this stipulation, counsel for defendant represents that he has discussed the contents of this stipulation and proposed order with defendant, and that defendant has no objection to this stipulation and the relief requested in the proposed order.

Dated: October 10, 2019                                    McGREGOR W. SCOTT
                                                           United States Attorney

                                                    By:   /s/ Angela L. Scott
                                                           ANGELA L. SCOTT
                                                           Assistant United States Attorney

Dated: October 10, 2019                                     /s/ per email authorization
                                                           VICTOR CHAVEZ
                                                           Attorney for Defendant
                                                           ALEJANDRO LEMUS

McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                     v.<br><br>JESUS ALBTERTO LOPEZ-RETAMOZA, HUGO LEMUS, and ALEJANDRO LEMUS,<br><br>                              Defendants. | CASE NO. 1:18-CR-00091-LJO<br><br>[PROPOSED] ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant ALEJANDRO LEMUS, by and through his counsel of record, Victor Chavez.

Good cause showing, IT IS HEREBY ORDERED THAT:

The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

The government will mark all Sensitive Materials with the following stamp or inscription: "PROTECTIVE ORDER"

If the government distributes any document, compact disk, or other material bearing the above

4

label, then:

    Defense counsel shall not distribute the Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

    Defense counsel shall not allow anyone other than himself and his legal staff to possess, or maintain possession of, any Sensitive Materials;

    Defense counsel may permit defendant to review Sensitive Materials, but only in his presence or in the presence of his own legal staff;

    Defense counsel and defendant may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

    The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

    At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the Sensitive Materials that defense counsel possesses and/or has made and distributed to his agents, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO ORDERED.

Dated: **October 10, 2019**           **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE