McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00091-LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT JESUS ALBERTO LOPEZ-RETAMOZA'S SENTENCING HEARING |
| v. | |
| JESUS ALBERTO LOPEZ-RETAMOZA, HUGO LEMUS, and ALEJANDRO LEMUS, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States

Attorney Angela Scott, and defendant JESUS LOPEZ-RETAMOZA, by and through defendant's

counsel of record, David Torres, hereby stipulate as follows:

1.    On April 26, 2018, defendant was indicted for crimes related to the distribution of

methamphetamine.  Doc. 30.

2.    On October 21, 2019, defendant pleaded guilty to Count One of the indictment –

conspiracy to possess with intent to distribute, and distribute methamphetamine, in violation of 21

U.S.C. § 846, 841(a)(1), (b)(1)(A).  A sentencing hearing was set for January 13, 2020.  Doc. 62.

3.    Defendant's sentencing hearing ultimately was continued to February 21, 2020, at 8:30

a.m.  Doc. 82.

4.    Undersigned government counsel needs to travel this Friday, February 21, 2020, to assist

a family member who is having an unexpected medical procedure over the weekend.  Consequently, the government is seeking a continuance of Friday's sentencing hearing.

5.    Additionally, defense counsel was recently engaged in a homicide trial, has been assigned another jury trial, and is currently engaged in jury trial.  Consequently, defense counsel has a scheduling conflict this Friday and seeks additional time to prepare for defendant's sentencing hearing.

6.    As such, the parties respectfully request a continuance of defendant Jesus Lopez-Retamoza's sentencing hearing for approximately one month, to March 20, 2020.  The parties also respectfully request that the Court set the hearing for 10:00 a.m. if that is convenient for the Court, as both counsel will be traveling from Bakersfield.

    IT IS SO STIPULATED.


Dated:  February 19, 2020                         McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ ANGELA L. SCOTT
                                                  ANGELA L. SCOTT
                                                  Assistant United States Attorney


Dated:  February 19, 2020                          /s/ per email authorization
                                                  DAVID TORRES
                                                  Counsel for Defendant
                                                  JESUS LOPEZ-RETAMOZA

**O R D E R**

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant JESUS LOPEZ-RETAMOZA's sentencing hearing currently set for Friday, February 21, 2020, at 8:30 a.m. be continued to Friday, March 20, 2020, at 10:00 a.m.

IT IS SO ORDERED.

    Dated:   **February 19, 2020**        _____
                                          UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING CONTINUANCE OF
DEFENDANT'S SENTENCING HEARING

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING CONTINUANCE OF
DEFENDANT'S SENTENCING HEARING

3