1  DAVID A. TORRES AND ASSOCIATES
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   JESUS ALBERTO LOPEZ-RETAMOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-0091 NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUNE SENTENCING HEARING |
| JESUS ALBERTO LOPEZ-RETAMOZA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JESUS ALBERTO LOPEZ-RETAMOZA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, March 20, 2020 be continued to Friday, May 22, 2020.

I underwent surgery on Thursday, March 12, 2020, for an ongoing medical issue. My physician has placed me on medical leave until April 26, 2020 and therefore asking this matter to be continued. Mr. Lopez-Retamoza is prepared to waive time. I have spoken to AUSA ANGELA SCOTT and she has no objection to continuing the sentencing hearing.

///

//

//

//

1

| | |
|---|---|
| **IT IS SO STIPULATED.** | |
| DATED: 3/16/2020 | Respectfully Submitted,<br>*/s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>JESUS LOPEZ-RETAMOZA |
| DATED: 3/16/2020 | */s/Angela Scott*<br>ANGELA SCOTT<br>Assistant U.S. Attorney |

## **ORDER**

IT IS SO ORDERED that the sentencing hearing currently set for March 20, 2002 be continued to Friday, May 22, 2020.

IT IS SO ORDERED.

Dated: **March 16, 2020**

_____
UNITED STATES DISTRICT JUDGE